UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1812-MWF**                                                                     Date:  June 30, 2023

Title      **In Re Debtor Allana Baroni, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|           Rita Sanchez           |           Not Reported           |
|:--------------------------------:|:--------------------------------:|
|           Deputy Clerk           |     Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Notice of Appeal was filed on March 10, 2023.  (Docket No. 1).  On April 20, 2023, the Court filed a Notice Re: Bankruptcy Record Complete (the "Notice").  (Docket No. 11).  Pursuant to the Notice, Appellants' Opening Brief and Excerpts of Record were due May 22, 2023.

The Court **ORDERS** Appellants to **SHOW CAUSE**  ("OSC") why this action should not be dismissed for lack of prosecution.  Appellants may discharge this OSC by filing their Opening Brief by no later than **JULY 14, 2023**.  The Court strongly urges Appellants to discharge the OSC in this manner as there is no excuse for the over one-month delay that has already transpired.

Alternatively, Appellants may file a written response to the OSC, but only upon a good-faith basis for claiming good cause to extend the deadline.  In order to discharge the OSC in this manner, any written response must be factually and legally supported and establish a sufficient excuse for failure to timely prosecute this appeal.

Given the dilatory history of Appellants, failure to either file the Opening Brief or adequately demonstrate good cause in writing by **July 14, 2023**, will result in **automatic dismissal** of this appeal.  *See* Fed. R. Bankr. P. 8018(a)(4) ("If an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-1812-MWF** <span style="float:right">Date:  June 30, 2023</span>

Title  **In Re Debtor Allana Baroni, et al.**

appellant fails to file a brief on time . . .the district court . . . after notice, may dismiss the appeal on its own motion.").

Further, this OSC serves as **NOTICE** to Appellants that any future failure to meet any deadline imposed by statute or this Court will result in automatic dismissal of this appeal without further notice.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.